# The United States District Court of New Jersey

O6 -- O1111 (DRD)

Plaintiff: Rafiq Ahmed

VS

Defendants

Micheal Chertoff: Secretary of Homeland Security

Robert Divine: Acting Director of the US. Citizenship and Immigration Services

Andrea Quarantillo: District Director of USCIS for Newark Office NJ

Plaintiff's Original Complaint
For writ in the nature of mandamus
& declaratory judgment

Now come the plaintiff, Rafiq Ahmed, in the above-captioned matter, and hereby state as follows:

1. This action is brought against the Defendants to compel action on the clearly delayed processing of an I-485 Application filed by the plaintiff, Rafiq Ahmed. The application was filed and remains within the jurisdiction of the Defendants, who have improperly delayed processing the application to Plaintiff's detriment.

2. Plaintiff, Rafiq Ahmed resides at 63 meribrook circle; Willingboro NJ 08046 is the beneficiary of an I-485, Application to Register Permanent Resident or Adjust Status, filed with the USCIS (Newark Office NJ) on September11 2003.

3. Defendant Michael Chertoff is the Secretary of the Department of Homeland Security, and this action is brought against him in his official capacity. He is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the Department of Homeland Security. 8 USC § 1103(a). More specifically, the Secretary of the Department of Homeland Security is responsible

for the adjudication of applications for nonimmigrant visas filed pursuant to the Immigration and Nationality Act (INA). The U.S. Citizenship & Immigration Services is an agency within the Department of Homeland Security to whom the Secretary of the Department of Homeland Security's authority has in part been delegated, and is subject to the Secretary of the Department of Homeland Security's supervision.

4. Defendant Robert Divine is the Acting Director of the U.S Citizenship & Immigration Services (USCIS) and an official generally charged with supervisory authority over all operations of the USCIS with certain specific exceptions not relevant here. 8 CFR § 103.1(g) (2) (ii) (B).

5. Defendant Andrea Quarantillo, District Director, is an official of the U.S. Citizenship * Immigration Services Newark Office NJ (USCIS) generally charged with authority over operations of USCIS within his district with certain specific exceptions not relevant here. 8 CFR § 103.1(g) (2) (ii) (B).As will be shown, Defendant Deputy District Director is an official with whom Plaintiff's application to register Permanent Resident or Adjust Status was properly filled.

## JURISDICTION

6. Jurisdiction in this case is proper under 28 USC §§ 1391 and 1361, 5 USC §701 et seq., and 28 USC §2201 et seq. Relief is requested pursuant to said statutes.

## VENUE

7. Venue is proper in this court, pursuant to 28 USC §1391(e), in that Plaintiff may request a hearing on the matter in the District where Plaintiff resides.

## EXHAUSTION OF REMEDIES

8. The plaintiff has exhausted his administrative remedies. The plaintiff has supplied the USCIS documents that clearly establish his eligibility to Register Permanent residence or Adjust status.

## CAUSE OF ACTION

9. The plaintiff filed an application I-485, Application to register permanent Resident or Adjust of Status pursuant to Immigration and Nationality Act with USCIS (Newark Office NJ) on September 11 2003. Attached hereto as **Exhibit A** in an acknowledgement document by the USCIS.

10. This petition along with supporting documents was filed at the Newark District Office on 11 September, 2003. Fingerprints were submitted to the USCIS on June 8 of 2004. The plaintiff was interviewed at the Cherry Hill Sub Office on 13 September of 2004, and was informed that the USCIS had not completed his background check; and therefore was unable to approve the petition. Attached hereto as **Exhibit B** in an acknowledgement document by the USCIS for the Interview and the finger print referral notice.

11. Plaintiff received the letter from Newark office stating processing times for both I-485 and FD-258. It stated that processing time for I-485 is 300 day(s) in other words on or before Jul, 07,2004 and FD-258 processing time is 60 days in other words on or before NOV 20,2003. Attached hereto as **Exhibit C** in an acknowledgement document by the USCIS.

12. After the interview, Plaintiff had appeared several times at the Cherry Hill Sub Office in order to inquire about the status of his case explained whole situation to the immigration officer at the front desk that how this delay is damaging him, but plaintiff was told by an information officer at the front desk that the USCIS had not completed his background check, and it could be weeks or months until it was complete so wait. Plaintiff wrote letter to immigration Officer while he was in the office explaining his situation but no reply from the officer/office. Attached hereto as **Exhibit D** Info pass appointment Plaintiff had made to visit Cherry Hill Office. Note that Plaintiff doesn't have a copy of all the info passes to provide court since during visit to local office Officer at the front desk keeps all the info passed for their records.

13. With in 10 days of moving plaintiff had notified both offices London KY Office and Cherry Hill Office that his address has changed. Attached hereto as **Exhibit E** returned receipt received from the both offices.

14. Plaintiff made further efforts to get a status of his application and find out a reason for a delay in adjudication of his application. Specifically, Plaintiff contacted the Office of his Congressman Smith explaining how this delay is damaging plaintiff and his education and ask his office help to expedite this case. His Office Called Plaintiff and told plaintiff that your application for I-485 is still pending due to Pending Security Checks and USCIS doesn't know when they are going to approved application. After few months plaintiff again contacted congressman smith office again to inquire about his case. He had called plaintiff after few days telling that she had received the respond and case still is in pending due to security checks and don't know when this case is going to be solved.

15. After several months of no progress, on August 1st, 2005, Plaintiff contacted the office of his Senator John Corzine of New Jersey (Replied Letter from Senator Office is attached with this complaint). His reply stated that "...Thank you for contacting my office in your effort to resolve the difficulties that you have experienced with United States Citizenship and Immigration Services (U.S.C.I.S.). I share your frustration and I am happy to assist you in any way possible.

My Deputy Director of Immigration, Cynthia Alicea, contacted U.S.C.I.S. on your behalf. She was advised that you're Application to Register Permanent Residence or Adjust Status (Form I-485) is pending standard security clearance. Please be advised that U.S.C.I.S. is experiencing backlogs and, unfortunately, cannot estimate when this processing will be completed. If you do not receive further notification within approximately 90 to 120 days, please contact my Newark office and we will conduct a second inquiry on your behalf. Attached hereto as **Exhibit F** plaintiff had received from the senator office regarding the case.

16. Plaintiff had decided to file a FOIPA (Freedom of Information Privacy Act) to see if the reason behind the FBI Name Check Clearance delay was due to a Record in the FBI Central Record System (CRS). The FBI name check is made against the CRS system which is updated by 20 other agencies for various reasons.

17. After 25 days, Plaintiff, got a response back from David M. Hardy, Section Chief of CRS stating that there were "No Records" or "Hits" in the system based on the name provided by the Plaintiff. This is the same system coincidently that the FBI make repeated Name Check inquiries against on behalf of USCIS for all applicants filing for Permanent Residency in the light of September 11, 2001.

18. Plaintiff had also sent email to FBI on 11/20/2004 requesting FBI to expedite his case and explaining whole situation how this delay might damage plaintiff and his education. Finally on 22nd March of 2005 had replied.

Dear Rafiq Ahmed.:

I am responding to your email dated November 20, 2004, concerning your name check status.

A review of the FBI's Name Check Program database revealed that a request from the U.S. Citizenship and Immigration Services for you was received on January 21, 2004, and is currently in a pending status. You may be assured that the immigration authorities will be notified at the earliest possible date upon completion of your case.

Sincerely yours,

Michael A. Cannon/gmg
Chief, National Name Check
   Program Section
Records Management Division.

After this email plaintiff got happy that his name should be cleared with in two weeks or so but it didn't happen. Again plaintiff sent email to FBI requesting expediting his case and explaining situation but no reply. Plaintiff had called several times to main FBI number to ask about his case but was told that he needs to send an email to inquire about case. Again plaintiff had sent an email to FBI but no reply from them as of yet. All the email that's plaintiff had sent to an FBI and the reply from FBI plaintiff had received are attached with this complaint as an **EXHIBIT G.**

19. Plaintiff had called several times to the main USCIS number to inquire about his case they had made inquiries to offices but no reply from them.

20. Plaintiff Rafiq Ahmed has always complied with immigration and civil laws, has never been arrested or convicted of a crime and has never presented a security risk to the United States. Plaintiff Rafiq Ahmed has been lawfully present in the United States for over 4 years since December of 2001.

The defendants have failed to properly adjudicate this petition. They have failed to adhere to their own regulations and have improperly delayed the processing of the Plaintiff's I-485 Application after the plaintiff's had submitted a properly executed application. It has been 28 months since plaintiff has filed his I-485.

18. Defendants have sufficient information to determine Plaintiff's eligibility pursuant to applicable requirements and complete the processing procedures.

19. The plaintiff had been greatly damaged by the failure of Defendants to act in accord with their duties under the law.

   a. Specifically, Plaintiff, Rafiq Ahmed, has been unable to obtain legal permanent residence; travel without restrict and accrue time to be eligible for Naturalization as a citizen of the United States.

   b. Plaintiff, Rafiq Ahmed is being charged by his institution non resident fee which approximately is $ 8,500 each semester. This delay is really damaging plaintiff education which he is trying to complete his degree as soon as possible for his bright future.

c. Plaintiff, Rafiq Ahmed couldn't apply for certain jobs which actually need Citizenship of U.S.A or Permanent Residence.

d. Plaintiff has lost a significant work time while pursuing his adjustment of status application, making inquiries with USCIS, meeting with lawyers, applying for yearly work authorization renewals, reporting for fingerprinting, and otherwise pursuing his delayed permanent residency.

e. Plaintiff has to obtain yearly work authorization permits while his AOS application is pending. This results in significant out-of-pocket expenses (EAD renewal cost is $175/year and Petitioner has already applied for three of them since he applied I-485).

f. Due to delays in adjudication of Plaintiff permanent residency application, Plaintiff naturalization (to become a U.S. Citizen) has been delayed. Therefore Respondents' unreasonable delay in adjudicating AOS application deprived Plaintiff for longer time of citizenship benefits like a right to vote and fully participate in our democracy; receive a United States passport; travel freely into and out of the United States; hold a job that is restricted to United States citizens; run for public office.

g. All the financial aids and federal loans were rejected by the plaintiff university last semester stating that U.S department has not confirmed you as a legal permanent resident of USA and therefore they cannot approve any loans and eligible financial aid. Attached are some of the emails and papers received by his University and Student Higher Education to provide copy if Green Card.

20. The Defendant, in violation of the Administrative Procedures Act, 5 USC &701 et seq., are unlawfully withholding action on the plaintiff's application and have failed to carry out the adjudicative functions delegated to them by law with regard to the plaintiff's case.

21. The plaintiff has provided sufficient evidence of his attempt to secure adjudication of these applications at this issue, all to no avail. Accordingly plaintiff has been forced to file petition in the court.

PRAYER

22. WHEREFORE, in view of the arguments and authority noted herein, the plaintiff respectfully prays that the defendants be cited to appear herein and that, upon due consideration, the court enter an order:

    a. Requiring Defendants to properly adjudicate the plaintiff's application for action on an approved petition.

    b. Requiring Defendants to provide the plaintiff with a notice of approval.

    c. Granting such other relief at law and in equity as justice may require.

Respectfully submitted,

*Rafiq Ahmed*  01/03/06

Rafiq Ahmed, PRO SE
63 Meribrook Circle
Willingboro, NJ 08046
Home Telephone: 609-871-1154
Cell Phone: 609-351-5797
Email: ahmedrafiq54@hotmail.com



**State of New Jersey**
HIGHER EDUCATION STUDENT ASSISTANCE AUTHORITY
4 QUAKERBRIDGE PLAZA
PO BOX 540
TRENTON, NJ 08625-0540

JAMES E. McGREEVEY
Governor

E. MICHAEL ANGULO
Executive Director

**AUGUST 17, 2004**

SS# 151886786

RE: PROVIDE ITEM #5.

RAFIQ AHMED
9 GENTRY LANE
WILLINGBORO   NJ   08046

DEAR STUDENT:

PROVIDE ONLY THE INFORMATION REQUESTED IN THE REFERENCE (RE:) LINE ABOVE TO COMPLETE THE VERIFICATION OF YOUR TUITION AID GRANT (TAG) AWARD FOR THE 2004-2005 ACADEMIC YEAR.   ATTACH ALL INFORMATION TO THIS LETTER. (INCOMPLETE INFORMATION WILL NOT BE PROCESSED.)

1. PROVIDE A COPY OF NOTICE OF PROPERTY TAX ASSESSMENT FOR THE RENTAL AND/OR OTHER REAL ESTATE AND/OR IF RENTING PART OF HOME.   IN ADDITION STATEMENT OF UNPAID MORTGAGE BALANCE FROM YOUR MORTGAGE HOLDER AS OF 12/31/2003.
2. PROVIDE DOCUMENTS STATING THE AMOUNT OF TAXABLE/NONTAXABLE INCOME, SUCH AS CHILD SUPPORT, ALIMONY, SOCIAL SECURITY BENEFITS, WELFARE (TANF, AFDC, AFC), UNEMPLOYMENT, ETC. RECEIVED IN 2003 OR EXPLAIN WHY NO BENEFITS WERE RECEIVED.
3. PROVIDE A COPY OF YOUR PARENTS SEPARATION AGREEMENT, PROOF OF SEPARATE HOUSEHOLDS, AND/OR DIVORCE DECREE.
4. PROVIDE ALL OF THE FOLLOWING DOCUMENTATION OF YOUR PREVIOUS 12 CONSECUTIVE MONTHS LEGAL NJ RESIDENCY.   (ACCEPTABLE DOCUMENTATION: NJ DRIVER'S LICENSE, APARTMENT LEASE, NJ INCOME TAX RETURN, UTILITY BILLS, ETC.)
5. PROVIDE A READABLE COPY OF YOUR ALIEN REGISTRATION CARD (BOTH SIDES).
6. PROVIDE A COPY OF STUDENT'S NEW JERSEY DRIVER'S LICENSE.
7. COMPLETE THE ATTACHED EXPENDITURE AND RESOURCE STATEMENT.
8. EXPLAIN WHY YOU MAINTAIN AN OUT-OF-STATE DRIVER'S LICENSE.
9. OTHER:_____

YOUR 2004-2005 TAG AWARD HAS BEEN CANCELLED PENDING RECEIPT AND REVIEW OF THE REQUESTED INFORMATION WHICH SHOULD BE IN OUR OFFICE WITHIN 15 DAYS OF THIS LETTER.   IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT OUR OFFICE AT (609)588-3288 OR (609)588-3272 MONDAY THROUGH FRIDAY BETWEEN 9:00 A.M. AND 4:00 P.M.

CR:GAUDCC

CC:   DIRECTOR OF FINANCIAL AID
      N J INSTITUTE OF TECHNOLOGY
      UNIVERSITY HEIGHTS
      NEWARK   NJ   07102

0423000

*Exhibit F*

MSN Home | My MSN | Hotmail | Shopping | Money | People & Chat          Web Search: [        ] Go

Expedia

msn  Hotmail          Today | Mail | Calendar | Contacts

ahmedrafiq54@hotmail.com    Messenger: **Online** ▾

Reply | Reply All | Forward | ✕ Delete | Junk | Put in Folder ▾ | Print View | Save Address

| From : | Immigration Assistant (Corzine) <Immigration@corzine.senate.gov> | ▲ | ▼ | ✕ | Inbox |
| Sent : | Friday, August 5, 2005 2:07 PM | | | | |
| To : | <ahmedrafiq54@hotmail.com> | | | | |
| Subject : | Immigration Matter | | | | |

$200
Mort
for les
$659/

$100,00
for $330

$150,00
for $494

$170,00
for $560

Other Lc
Amount:

*Click fc

Compariso
for Mortgag
Travel, Ci

© 2005 NexTag, Inc.

📎 Attachment :  USCISConsent.pdf (0.26 MB)

MIME-Version: 1.0
Received: from senmail2.senate.gov ([156.33.203.20]) by MC8-F32.hotmail.com with Microsoft SMTPSVC
(6.0.3790.211); Fri, 5 Aug 2005 07:08:25 -0700
Received: from senmail2 (localhost [127.0.0.1])by senmail2.senate.gov (Switch-3.1.7/Switch-3.1.7) with ESMTP id
j75E8OOp006215for <ahmedrafiq54@hotmail.com>; Fri, 5 Aug 2005 10:08:24 -0400 (EDT)
Received: from senmail2.senate.gov with LMTP by senmail2 (3.0.1/sieved-3-0-build-541)for
<ahmedrafiq54@hotmail.com>; Fri, 5 Aug 2005 10:08:24 -0400
Received: from shared-bh01.shared.senate.us (bridgehead.senate.gov [156.33.203.72])by senmail2.senate.gov
(Switch-3.1.7/Switch-3.1.7) with ESMTP id j75E8C0v006163for <ahmedrafiq54@hotmail.com>; Fri, 5 Aug 2005
10:08:23 -0400 (EDT)
Received: from corzi-ms01.corzine.senate.us ([156.33.60.53]) by shared-bh01.shared.senate.us with Microsoft
SMTPSVC(5.0.2195.6713); Fri, 5 Aug 2005 10:07:59 -0400
Sender: "Alicea, Cynthia (Corzine)" <Cynthia_Alicea@corzine,senate.gov>
X-Message-Info: JGTYoYF78jGL3GddCjedBfqg9LzhfIa97ZjDooEZOIs=
content-class: urn:content-classes:message
X-MIMEOLE: Produced By Microsoft Exchange V6.0.6375.0
X-MS-Has-Attach: yes
X-MS-TNEF-Correlator:
Thread-Topic: Immigration Matter
Thread-Index: AcWZx91ltrn0OsvXTXerf7DBQzsD0A==
Priority: Urgent
X-OriginalArrivalTime: 05 Aug 2005 14:07:59.0095 (UTC) FILETIME=[15AA4870:01C599C7]
Return-Path: Cynthia_Alicea@corzine.senate.gov

View E-mail Message Source

Content-Type: multipart/mixed; boundary="----_=_NextPart_001_01C599C7.15033C55"

Content-Type: multipart/alternative; boundary="----_=_NextPart_002_01C599C7.15033C55"

Content-Type: text/html; charset=us-ascii
Content-Transfer-Encoding: quoted-printable

Thank you for contacting my office regarding your pending case with United States
Citizenship and Immigration Services (U.S.C.I.S.). I welcome the opportunity to
assist you in your effort to resolve this matter. Although your correspondence was
received by my office, the Freedom of Information and Privacy Act of 1974 requires
that I obtain the necessary authority in order to intervene on your behalf with

U.S.C.I.S. The attached Constituent Waiver Form will grant my office the authority to inquire about your case. You may proceed to http://www.adobe.com/products/acrobat/readstep2.html in order to download the Adobe Reader Program in order to view the attached Constituent Waiver Form.

If you have already sought the assistance of another Congressional office, please be advised that Congressional policy prohibits multiple offices from pursuing the same case. Therefore, you must pursue your case with the office in which you first established it. If your problem has already been resolved, or if you have decided not to continue with this type of action, please inform my office, so that we can take the proper measures to note your decision.

If you do wish to pursue this matter through my office, kindly complete the attached form and forward it to:

U.S. Senator Jon S. Corzine

1 Gateway Center, 11th Floor

Newark, New Jersey 07102

ATTN: Immigration Assistant

Please print or type your email address clearly on the Constituent Waiver Form. Whenever possible, you will be contacted directly through email communication. If you do not have an email address, you will be contacted by a written response.

Please return the form to my office within 10 days. Please include any relevant documentation (copies of Receipt Notices, Approval Notices, U.S.C.I.S. or Department of State official correspondence, etc.) with the Constituent Waiver Form. Lastly, please do not staple this information together when you return it to this office.

Due to the large influx of cases that U.S.C.I.S. has experienced, you can expect a response time of approximately 30 days. Until then, I thank you for your patience and cooperation. Please feel free to contact my Newark office by email at Immigration@corzine.senate.gov or by phone at (973) 645-3030 with any further questions or concerns.

Sincerely,

JON S. CORZINE

United States Senator

JSC:dy

Content-Type: application/octet-stream; name="USCIS Consent.pdf"
Content-Description: USCIS Consent.pdf
Content-Transfer-Encoding: base64
Content-Disposition: attachment;filename="USCIS Consent.pdf"

| Attachment : | USCISConsent.pdf (0.26 MB) |
| --- | --- |

▲ | ▼ | ✕ | ✉ Inbox

**Notice:** Attachments are automatically scanned for viruses using Trend Micro products  TREND MICRO

**Get the latest updates from MSN**

**MSN Home** | **My MSN** | **Hotmail** | **Search** | **Shopping** | **Money** | **People & Chat**

© 2005 Microsoft TERMS OF USE  Advertise  TRUSTe Approved Privacy Statement  GetNetWise  Anti-Spam Policy

Exhibit F

MSN Home | My MSN | Hotmail | Shopping | Money | People & Chat    Web Search: | Go

**30-Year Mortgage Rates are Still Low!**    Up to 4 refinance offers - Free - in 60 seconds

| CLICK YOUR STATE | AL | AK | AZ | AR | CA | CO | CT | DE | FL | GA | HI | ID | IL |
| IA | KS | KY | LA | ME | MD | MA | MI | MN | MS | MO | MT | NE | NV | NH | NJ | NM |
| NC | ND | OH | OK | OR | PA | RI | SC | SD | TN | TX | UT | VT | VA | WA | WV | WI |

**msn Hotmail**    Today | Mail | Calendar | Contacts

ahmedrafiq54@hotmail.com    Messenger: **Online** ▾

Reply | Reply All | Forward | Delete | Junk | Put in Folder ▾ | Print View | Save Address

From :    Immigration Assistant (Corzine) <immigration@corzine.senate.gov>    ⬆ | ⬇ | ✕ | Inbox

Sent :    Tuesday, October 18, 2005 8:07 PM

To :    <ahmedrafiq54@hotmail.com>

Subject :    Immigration Matter

MIME-Version: 1.0
Received: from senmail2.senate.gov ([156.33.203.20]) by mc4-f20.hotmail.com with Microsoft SMTPSVC
(6.0.3790.211); Tue, 18 Oct 2005 13:07:36 -0700
Received: from senmail2 (localhost [127.0.0.1])by senmail2.senate.gov (Switch-3.1.7/Switch-3.1.7) with ESMTP
id j9IK7TXP008220for <ahmedrafiq54@hotmail.com>; Tue, 18 Oct 2005 16:07:29 -0400 (EDT)
Received: from senmail2.senate.gov with LMTP by senmail2 (3.0.1/sieved-3-0-build-541)for
<ahmedrafiq54@hotmail.com>; Tue, 18 Oct 2005 16:07:29 -0400
Received: from shared-bh02.shared.senate.us (bridgehead.senate.gov [156.33.203.73])by senmail2.senate.gov
(Switch-3.1.7/Switch-3.1.7) with ESMTP id j9IK7TJX008217for <ahmedrafiq54@hotmail.com>; Tue, 18 Oct 2005
16:07:29 -0400 (EDT)
Received: from corzi-ms01.corzine.senate.us ([156.33.60.53]) by shared-bh02.shared.senate.us with Microsoft
SMTPSVC(5.0.2195.6713); Tue, 18 Oct 2005 16:07:28 -0400
Sender: "Alicea, Cynthia (Corzine)" <Cynthia_Alicea@corzine.senate.gov>
X-Message-Info: JGTYoYF78JGAwbUxDUqVzIABv27BoS62MXIIUgPegD0=
content-class: urn:content-classes:message
X-MimeOLE: Produced By Microsoft Exchange V6.0.6375.0
X-MS-Has-Attach:
X-MS-TNEF-Correlator:
Thread-Topic: Immigration Matter
Thread-Index: AcXUIGiZ7HMnYSRtTeIOLhDCxrmCEQ==
X-OriginalArrivalTime: 18 Oct 2005 20:07:28.0745 (UTC) FILETIME=[90BF2D90:01C5D41F]
Return-Path: Cynthia_Alicea@corzine.senate.gov

View E-mail Message Source

Content-Type: multipart/alternative; boundary="----_=_NextPart_001_01C5D41F.90BEAC2E"

Content-Type: text/html; charset=us-ascii
Content-Transfer-Encoding: quoted-printable

Case Number:
_____

Dear Mr. Rafiq:

Thank you for contacting my office in your effort to resolve the difficulties that you
have experienced with United States Citizenship and Immigration Services
(U.S.C.I.S.). I share your frustration and I am happy to assist you in any way

DON'T
IN LI

Get y
FRE
XBOX®

*details ap

possible.

My Deputy Director of Immigration, Cynthia Alicea, contacted U.S.C.I.S. on your behalf. She was advised that your Application to Register Permanent Residence or Adjust Status (Form I-485) is pending standard security clearance. Please be advised that U.S.C.I.S. is experiencing backlogs and, unfortunately, cannot estimate when this processing will be completed. If you do not receive further notification within approximately 90 to 120 days, please contact my Newark office and we will conduct a second inquiry on your behalf.

It is my pleasure to have been of assistance to you and I hope this matter is resolved successfully. Please do not hesitate to contact my Newark office by email at immigration@corzine.senate.gov or by phone at (973) 645-3030 with any further questions or concerns.

Sincerely,

JON S. CORZINE

United States Senator

JSC:ca

Get the latest updates from MSN

MSN Home  |  My MSN  |  Hotmail  |  Search  |  Shopping  |  Money  |  People & Chat

© 2005 Microsoft TERMS OF USE  Advertise  TRUSTe Approved Privacy Statement  GetNetWise  Anti-Spam Policy

_Exhibit A_

**United States Department of Justice**
**Immigration and Naturalization Service**
**Newark District Office**
970 Broad St. Newark, NJ 07102-2506

AHMED, RAFIQ
1701 SALEM RD, G11

BURLINGTON NJ, 08016

September 11, 2003

This is to inform you that the following application(s) was received at this office. Receipt Number: **EJ16532**

| A42644873 | Form: **I-485** | Processing time is 300 Day(s) | on or before **Jul 07, 2004.** |
| A42644873 | Form: **FD-258** | Processing time is 60 Day(s) | on or before **Nov. 10, 2003.** |

You may make a written inquiry if you have not received a decision or correspondence by the above listed date.

Please include a photocopy of this notice with any inquiry.

Thank you

This notice will serve to acknowledge receipt of your application/petition by this office.
Please retain this receipt as evidence of your submission.
Also please be advised your application has not been reviewed for completeness, eligibility or legal sufficiency. If your application is found to be deficient it will be returned to you for correction or completion and, when resubmitted, will be placed at the end of the processing line. Please inform this office immediately of any address change. Refer to the following which is specific to the type of application/petition filed:

I-485 (APPLICATION FOR PERMANENT RESIDENCE): Processing time for this application in the Newark District is listed above. Please do not contact this office before the processing time has elapsed. You will receive further instructions regarding when to appear for your interview and the documents to bring with you at that time. You must bring all requested documents or your application may be denied. NOTE: IF YOU INTEND TO TRAVEL OUTSIDE THE UNITED STATES WHILE YOUR APPLICATION IS PENDING, YOU ARE REQUIRED TO APPLY FOR ADVANCE PAROLE BEFORE MAKING TRAVEL ARRANGEMENTS. SEE INSTRUCTIONS FOR THE FILING OF FORM I-131 BELOW.

I-130 (RELATIVE VISA PETITION): To be filed with I-485 application only. Processing time for this application is listed above. Please do not contact this office before processing time has elapsed. You will receive further instructions regarding when to appear for your interview and the documents to bring with you at that time. You must bring all requested documents or your petition may be denied.

I-765 (APPLICATION FOR EMPLOYMENT AUTHORIZATION): Processing time for this application is listed above. Only categories designated on the application for local processing will be adjudicated. You will receive further instructions regarding when to appear for your interview and the documents to bring with you at that time. You must bring all requested documents or your application may be denied.

I-131 ( APPLICATION FOR TRAVEL DOCUMENT): This application is used for requests for advance parole only. It is a walk-in application which cannot be submitted by mail. It is available only to those applicants that have a pending I-485 application or legalization case with this Service, and issued only for legitimate business or personal reasons. It is not available to those applicants in removal proceedings.

I-600A (APPLICATION FOR ADVANCE PROCESSING OF ORPHAN PETITION): Processing time is listed above. Please do not contact this office before processing time has elapsed. You will receive notice by mail when a final action has been taken on your application.

NOTE: ALL STATUS INQUIRIES RELATED TO APPLICATIONS ARE ADDRESSED IN THE INFORMATION UNIT IN ROOM #136 ON ANY DAY EXCEPT WEDNESDAYS. DUE TO THE HIGH VOLUME OF CUSTOMERS, WE SUGGEST YOU APPEAR EARLY.

220

Exhibit B

**U.S. CITIZENSHIP AND IMMIGRATION SERVICES**
**1886 GREENTREE ROAD**
**CHERRY HILL, NEW JERSEY 08003**

**RAFIQ AHMED**
**TASDIEEM AKHTAR**
**1130 SUNSET ROAD , APT. 1-M**
**BURLINGTON, NJ 08016**

FILE NUMBER: **A   42 644 873**
DATE:   **08/23/2004**

Please come to the office shown below at the time and place indicated in connection with an official matter.

OFFICE LOCATION:          *1886 GREENTREE ROAD,*
                          *CHERRY HILL, NJ 08003*

DATE AND TIME:            *09/13/2004*
                          *2 : 45 PM*

OFFICER:                  *OFFICER 1*

REASON FOR APPOINTMENT:   *APPLICATION FOR ADJUSTMENT OF STATUS*

**THIS INTERVIEW WILL BE VIDEO TAPED.**

**PLEASE BRING ALL ITEMS THAT ARE CHECKED (X) TO THE INTERVIEW**

- [X] THIS LETTER; ALL PASSPORTS; EVIDENCE OF ADMISSION INTO THE UNITED STATES (I-94); AN INTERPRETER IF YOU DO NOT SPEAK ENGLISH.
- [X] I-693 WITH MEDICAL EXAM RESULTS (UNOPENED), UNLESS ALREADY SUBMITTED. APPEAR EVEN IF YOUR MEDICAL IS NOT COMPLETED
- [ ] EMPLOYMENT BASED CASES: APPROVAL NOTICE; ETA-750; CURRENT EMPLOYMENT LETTER W/RATE OF PAY/HOURS PER WEEK; I-134 FOR DEPENDANTS
- [X] RELATIVE BASED CASES: APPROVAL NOTICE; I-864; CURRENT EMPLOYMENT LETTER W/ RATE OF PAY/HRS PER WEEK; INCOME TAXES (PRIOR 3 YEARS)
- [X] PROOF OF CITIZENSHIP FOR PETITIONER/BENEFICIARY: BIRTH CERT; NEW/OLD PASSPORTS; VALID PHOTO ID ISSUED BY STATE GOVT. AUTHORITY
- [ ] SPOUSAL CASES-EVIDENCE OF RELATIONSHIP: JOINT FINANCES/ PROPERTY/TAX RETURN; PHOTOS; BIRTH CERT.-ALL CHILDREN; INS. POLICY; ETC.
- [X] ORIGINAL DOCS WITH CERTIFIED TRANS.: BIRTH/C (W/PARENTS NAMES); MARR./C; DIV./D; DEATH/C.; DISPOSITIONS FOR ALL ARREST RECORDS

*THE PETITIONER MUST ACCOMPANY YOU TO THE INTERVIEW*
*PLEASE BRING CERTIFIED COPIES OF ALL EVIDENCE TO BE SUBMITTED ALONG WITH ORIGINAL DOCUMENTS*
*FAILURE TO APPEAR MAY RESULT IN THE DENIAL OF YOUR APPLICATION*
*YOU MUST HAVE VALID STATE OR FEDERAL ISSUED PHOTO IDENTIFICATION TO ENTER THE BUILDING AND BE INTERVIEWED*

Immigration and Naturalization Service

# Notice of Action

## THE UNITED STATES OF AMERICA

| | |
|---|---|
| RECEIPT NUMBER<br>EAC-98-152-51149 | CASE TYPE I130   IMMIGRANT PETITION FOR RELATIVE,<br>FIANCE(E), OR ORPHAN |

| RECEIPT DATE<br>April 29, 1998 | PRIORITY DATE<br>April 27, 1998 | PETITIONER    A42 644 872<br>AKHTAR, TASNEEM |
|---|---|---|
| NOTICE DATE<br>June 25, 1998 | PAGE<br>1 of 1 | BENEFICIARY   A42 644 873<br>AHMED, RAFIQ |

TASNEEM AKHTAR
1 ADAMS DRIVE
BURLINGTON NJ 08016

Notice Type:   Approval Notice
Section: Unmarried child under 21 of
permanent resident,
203(a)(2)(A) INA

The above petition has been approved.  We have sent the original visa petition to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909.  NVC processes all approved immigrant visa petitions that need consular action.  It also determines which consular post is the appropriate consulate to complete visa processing. NVC will then forward the approved petition to that consulate.

The NVC will contact the person for whom you are petitioning (beneficiary) concerning further immigrant visa processing steps.

If you have any questions about visa issuance, please contact the NVC directly.  However, please allow at least 4 weeks before calling the NVC if your beneficiary has not received correspondence from the NVC.  The telephone number of the NVC is (603) 334-0700.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (802) 527-3160



Form I-797 (Rev. 09/07/93)N

*Exhibit C*

**United States Department of Justice**
**Immigration and Naturalization Service**
**Newark District Office**
970 Broad St. Newark, NJ 07102-2506

AHMED, RAFIQ
1701 SALEM RD, G11

BURLINGTON NJ, 08016

September 11,2003

This is to inform you that the following application(s) was received at this office.  Receipt Number: **EJ16532**

| A42644873 | Form: **I-485** | Processing time is 300 Day(s) | on or before **Jul 07,2004**. |
| A42644873 | Form: **FD-258** | Processing time is 60 Day(s) | on or before **Nov 10,2003**. |

You may make a written inquiry if you have not received a decision or correspondence by the above listed date.

Please include a photocopy of this notice with any inquiry.

Thank you

This notice will serve to acknowledge receipt of your application/petition by this office.
Please retain this receipt as evidence of your submission.
Also please be advised your application has not been reviewed for completeness, eligibility or legal sufficiency. If your application is found to be deficient it will be returned to you for correction or completion and, when resubmitted, will be placed at the end of the processing line. Please inform this office immediately of any address change. Refer to the following which is specific to the type of application/petition filed:

I-485 (APPLICATION FOR PERMANENT RESIDENCE): Processing time for this application in the Newark District is listed above. Please do not contact this office before the processing time has elapsed. You will receive further instructions regarding when to appear for your interview and the documents to bring with you at that time. You must bring all requested documents or your application may be denied. NOTE: IF YOU INTEND TO TRAVEL OUTSIDE THE UNITED STATES WHILE YOUR APPLICATION IS PENDING, YOU ARE REQUIRED TO APPLY FOR ADVANCE PAROLE BEFORE MAKING TRAVEL ARRANGEMENTS. SEE INSTRUCTIONS FOR THE FILING OF FORM I-131 BELOW.

I-130 (RELATIVE VISA PETITION): To be filed with I-485 application only. Processing time for this application is listed above. Please do not contact this office before processing time has elapsed. You will receive further instructions regarding when to appear for your interview and the documents to bring with you at that time. You must bring all requested documents or your petition may be denied.

I-765 (APPLICATION FOR EMPLOYMENT AUTHORIZATION): Processing time for this application is listed above. Only categories designated on the application for local processing will be adjudicated. You will receive further instructions regarding when to appear for your interview and the documents to bring with you at that time. You must bring all requested documents or your application may be denied.

I-131 ( APPLICATION FOR TRAVEL DOCUMENT): This application is used for requests for advance parole only. It is a walk-in application which cannot be submitted by mail. It is available only to those applicants that have a pending I-485 application or legalization case with this Service, and issued only for legitimate business or personal reasons. It is not available to those applicants in removal proceedings.

I-600A (APPLICATION FOR ADVANCE PROCESSING OF ORPHAN PETITION): Processing time is listed above. Please do not contact this office before processing time has elapsed. You will receive notice by mail when a final action has been taken on your application.

220

NOTE: ALL STATUS INQUIRIES RELATED TO APPLICATIONS ARE ADDRESSED IN THE INFORMATION UNIT IN ROOM #136 ON ANY DAY EXCEPT WEDNESDAYS. DUE TO THE HIGH VOLUME OF CUSTOMERS, WE SUGGEST YOU APPEAR EARLY.

Exhibit E

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*) \| C. Date of Delivery  6·13·05 |
| 1. Article Addressed to:<br><br>U·S department of<br>home land security<br>1886 Greentree Road<br>Cherry hill NJ, 08003 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  **7004 2890 0002 7952 4201** | |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |

Exhibit E

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S department of
homeland security
Bureau of citizenship and
imigration services.
change of address 1084-1
Southlaurel rd. London. Ky-40744

2. Article Number
(Transfer from service label)

7004 2890 0002 7952 4195

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent
                     ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
                                 6-14-05

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Exhibit B

# FINGERPRINT REFERRRAL NOTICE from _JC_

**APPLICATION:** I485 Adjustment of Status   Date: 04/20/04   *initials*

**Name:** Rafiq Ahmed

**Address:** 1130 Sunset Road I-M

**City/State:** Burlington NJ

**Zipcode:** 08016

**File Number** A 42 644 873

The processing of an I485 application requires applicants to submit fingerprints every 15 months. You are scheduled at the Philadelphia Application Support Center (ASC), 120 North 8th Street, Philadelphia, PA 19107 on **6/8/2004** at **8:00 am**.

*Please bring this notice and your government-issued photo-identification as listed (IMPORTANT – you will not be fingerprinted without acceptable photo ID): Passport, Driver's license or State-issued photo-ID, National photo ID, Military ID, other INS-issued photo ID.*

In the interest of *Customer Service*, the following Special Instructions are provided:

*You may mail this referral to the ASC to request rescheduling if necessary.

*If you have open cuts or wounds on your fingers, or have a cast on your hand or arm, please reschedule as fingerprints cannot be taken.

**Unpredictable emergencies (national, local, weather, etc.) may prevent your safe travel and may result in the unannounced closure of an ASC. Public safety is our priority at all times. If it is unsafe for you to travel to the ASC, you will NOT be penalized for missing your appointment. Be assured that the ASC staff will make every effort to provide you with service when conditions improve and you are able to safely travel to the ASC. The USCIS Website at www.USCIS.gov will be updated as soon as possible to reflect sudden changes.

TCR if "R" IFCS 000   0000

COMMENTS:

FPR Provided by _____ /CNJ

## ASC/COLO

*Exhibit 13*

### DBI TENPRINTER Applicant Information Worksheet (AIW)

When you have completed this worksheet, turn it into the receptionist.    Hav worksheet, your appointment notification letter and picture identification available.

③**74**

NAME: _Ahmed_ _Rafiq_ _____
Last        First        Middle        Su—

DATE OF BIRTH: _1983_ _10_ _30_
Year    Month    Day

PLACE OF BIRTH: _Karachi, Pakistan_

SEX: (Male or Female) _Male_

RACE:  Check the most appropriate code below:

_____ American Indian or Alaskan Native    _____ Black    _____ White (Hispanic also check)

_X_ Asian or Pacific Island    _____ Unknown

HEIGHT: _5_ Feet _6_ Inches    WEIGHT: _155_ Pounds

EYE COLOR: Check the most appropriate code below:

_X_Black ___Brown ___Green ___Gray ___Pink ___Hazel ___Blue ___Maroon

HAIR COLOR: Check the most appropriate code below:

_X_ Black ___Bald ___White ___Sandy ___Red ___Gray ___Blonde ___Brown

COUNTRY OF CITIZENSHIP: _Pakistan_

SOCIAL SECURITY NUMBER: _151_ _88_ _6786_

ALIEN REGISTRATION NUMBER: A_42 644 873_

LIST ANY OTHER NAMES YOU HAVE USED:

Last        First        Middle        Suffix

RESIDENCE ADDRESS: _1130 - Sunset road Apt. 1m Burlington, NJ 08016_
Street number and name        City        State        Zip Code

REASON FOR FINGERPRINT APPLICATION: (I-485, I-589, I-600, I-821, N-400): _I-485_

| LOCAL AIW STAMP |
| --- |
| FD-258 COMPLETED AT INS/ASC  _XPA_ |
| ON: _JUN 8_    BY: _823/25_ |

11/01/00



**Name:** **Rafiq Ahmed**

**Appointment Type:** Speak to immigration officer

**Confirmation No.:** CNJ-05-12744          **Authentication Code:** 2315

**Appointment Date:** **December 15, 2005**          **Appointment Time:** **12:30 PM**

**Location:** 1886 GREENTREE ROAD, Cherry Hill, NJ 08003; LOBBY

**Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.**

- **You must appear in person and bring photo identification along with this appointment letter.**
- **Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)**
- **In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.**

**This is your Confirmation Number:**



\*CNJ-05-12744\*

**If you wish to cancel this appointment, you will need the following Personal Identification Number:**
*86002*

https://infopass.uscis.gov/infopass.php                                    12/14/2005



**Name: Rafiq Ahmed**

**Appointment Type:** Speak to immigration officer

**Confirmation No.:** CNJ-05-11452    **Authentication Code: 2315**

**Appointment Date:** **November 8, 2005**    **Appointment Time: 10:30 AM**

**Location:** 1886 GREENTREE ROAD, Cherry Hill, NJ 08003; LOBBY

**Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.**

- **You must appear in person and bring photo identification along with this appointment letter.**
- **Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)**
- **In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.**

**This is your Confirmation Number:**



*CNJ-05-11452*

**If you wish to cancel this appointment, you will need the following Personal Identification Number:**
**98696**





Click here to print this screen

| | |
|---|---|
| Name: | **Rafiq Ahmed** |
| Appointment Type: | **Information Question** |
| Confirmation No.: | **CNJ-05-2021** |
| Appointment Date: | **March 9, 2005** |
| Location: | **1886 GREENTREE ROAD, Cherry Hill, NJ 08003; LOBBY** |

| | |
|---|---|
| Authentication Code: | **2315** |
| Appointment Time: | **3:00 PM** |

Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.

- You must appear in person and bring photo identification along with this appointment letter.
- Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)
- In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.

This is your Confirmation Number:

|||||||||||||||||||||||||||||
\* C N J - 0 5 - 2 0 2 1 \*

**If you wish to cancel this appointment, you will need the following Personal Identification Number:**
*77301*

Thank you for using InfoPass
Return to USCIS On-Line



**Name:** **Rafiq Ahmed**

**Appointment Type:** Question about case

**Confirmation No.:** CNJ-05-10422          **Authentication Code:** 2315

**Appointment Date:** **October 3, 2005**          **Appointment Time:** **2:30 PM**

**Location:** 1886 GREENTREE ROAD, Cherry Hill, NJ 08003; LOBBY

**Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.**

- **You must appear in person and bring photo identification along with this appointment letter.**
- **Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)**
- **In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.**

**This is your Confirmation Number:**



*CNJ-05-10422*

**If you wish to cancel this appointment, you will need the following Personal Identification Number:**
**82312**

Exhibit G

Yahoo!   My Yahoo!   Mail

**YAHOO!® MAIL**   Welcome, **r_syed1983**
[Sign Out, My Account]

Search the Web [____] [Search]

Mail Home - Mail Tutorials - Help


**2 FREE** *
*Must complete 1 offer.
**Click to Claim**
© 2005 YourGif

| Mail ˅ | Addresses ▼ | Calendar ▼ | Notepad ▼ | **What's New** - **Mail For Mobile** - Upgrades - Options |

[ Check Mail ]   [ Compose ]   [_____]   [ Search Mail ▼ ]   [ Search the Web ]

 Vonage: sign up & get 1 month free!

**Folders**   [Add - Edit]

Inbox
Draft
**Sent**
Bulk   [Empty]
Trash   [Empty]

⬤ What's your Credit Score?

RingtonesForYou All Free!

Mortgage Rates As Low As 2.9%

A MasterCard In 3 Days*

Previous | Next | Back to Messages

[ Delete ]   [ Reply ▼ ]   [ Forward ▼ ]   [ Move... ▼ ]

This message is not flagged. [ Flag Message - Mark as Unread ]   Printable View

**Date:**   Sat, 20 Nov 2004 19:17:31 -0800 (PST)

**From:**   "RAFIQ AHMED" <r_syed1983@yahoo.com>   📧 Add to Address Book
            📱 Add Mobile Alert

**Subject:**   Name Check Problem

**To:**   fbinncpslc@fbi.gov

To Whom It May Concern:
11/20/04

My name is Rafiq Ahmed, **Alien# A042644873, Date of Birth 10/30/1983**. INS had forwarded my case to FBI on September 13, 2004 for Name check.  It's been two months and the FBI hasn't approved my case as of yet. I would like to request FBI to speed up process and approved my case as soon as possible so; I can get my green card and pursue my dreams in United States. I applied for my green card in September 2003 and INS already delayed my application, because of this and name checking process I am loosing so many opportunities. The state of New Jersey is not approving my Financial Aid, and my college is charging me International student fees which I can't afford. The biggest problem is this that My work permit will be expired on 20th January 2005,  and right now I am working for State of NJ, and they already have warned me that if they don't get my new work permit by January 20,2005, they will terminate me, because I wont have authorization to work in United States. I applied for work Permit on November 05, and now they are saying that it will take 3 months for new work permit, I have called National Visa Center and explained my situation, and have been told that my application for green card is already been processed, and that they are just waiting for FBI to check my name, and once FBI has approved my name check, I can go to my local office and get permanent resident stamp on my passport.  I was also told that I can call

FBI, explain my situation, and request that my case be approved as quickly as possible. I am sincerely requesting that this process be approved for me, since any further delay will be detrimental to my career goals. Your help in this matter would be gladly and whole heartedly appreciated.

Sincerely,
Rafiq Ahmed
1130 Sun Set Road, Apt 1m
Burlington, NJ, 08016
**Alien Number: A042644873**
**Date of birth: 10/30/1983**

---

Do you Yahoo!?
The all-new My Yahoo! – Get yours free!

| Delete | Reply ▾ | Forward ▾ | Move... ▾ |

Previous | Next | Back to Messages                    Save Message Text | Full Headers

| Check Mail | Compose | | Search Mail ▾ | Search the Web |

Copyright © 1994-2006 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

Yahoo! Mail - r_syed1983@yahoo.com    Page 1 of 2

Case 2:06-cv-00111-DRD-ES    Document 1    Filed 01/04/06    Page 28 of 34 PageID: 28

*Exhibit G*

Yahoo!  My Yahoo!  Mail    Make Yahoo! your home page

**YAHOO!** MAIL    Welcome, r_syed1983
[Sign Out, My Account]

Search the Web [              ] [ Search ]

Mail Home - Mail Tutorials - Help




**Buy One Camera Phone
Get a Second One Free
SAVE $50 INSTANTLY**
WITH NEW 2 YR AGREEMENT AFTER $50 ONLINE DISCOUNT

| Mail | Addresses ▼ | Calendar ▼ | Notepad ▼ | **What's New** - **Mail For Mobile** - **Upgrades** - **Options** |

[ Check Mail ] [ Compose ]    [                ]    [ Search Mail ▼ ] [ Search the Web ]

Vonage: sign up &
get 1 month free!

**Folders**    [Add - Edit]

**Inbox**
Draft
Sent
**Bulk (8)**    [Empty]
Trash    [Empty]

What's your
Credit Score?

Free Horoscopes
Daily 2005

ChickenInvaders
2 on Y! Games

Ringtones For You
Totally Free

Previous | Next | Back to Messages

[ Delete ] [ Reply ▼ ] [ Forward ▼ ] [ Spam ] [ Move... ▼ ]

This message is not flagged. [ Flag Message - Mark as Unread ]    Printable View

**Subject:**    RE: Citizenship document
**Date:**    Wed, 5 Oct 2005 12:16:22 -0400
**From:**    "McKoy, Kirk" <McKoy@ADM.NJIT.EDU>    📧 Add to Address Book    📱 Add Mobile Alert
**To:**    "RAFIQ AHMED" <r_syed1983@yahoo.com>
**CC:**    "Moya, Maggie" <Maggiem@ADM.NJIT.EDU>

Rafiq,

Unfortunately a phone conversation with DHS will not satisfy the requirement of confirmation of your citizenship status. I now, have to wait for the information to be returned from the Department of Homeland Security for confirmation.

Thanks.

---

**From:** RAFIQ AHMED [mailto:r_syed1983@yahoo.com]
**Sent:** Wednesday, October 05, 2005 11:25 AM
**To:** McKoy, Kirk
**Subject:** Re: Citizenship document

Hey Kirk,

I taked to National Visa Office today, they told me that I have a legal status here since my green application is pending. I told them that School is saying that Department of Homeland Security is not conforming my Status in US, they gave me a number and told me to give this to your school and everything will be alright........ Number is 1-800-357-2099. Hope this will work out.

Thanks

Rafiq Ahmed.

*"McKoy, Kirk" <McKoy@ADM.NJIT.EDU>* wrote:

> Rafiq (21282933),
>
> During the confirmation process of your citizenship information, the
> Department of Homeland Security has requested another copy of your
> citizenship document. The one you provided is not legible. Please
> submit another copy of this information. If you have any questions,
> contact the office at 973-596-5351.
>
> Thanks,
> Kirk Mckoy

## Rafiq Ahmed ☺

Yahoo! for Good
Click here to donate to the Hurricane Katrina relief effort.

The HTML graphics in this message have been displayed. [Edit Preferences - What's This?]

| Delete | Reply ▼ | Forward ▼ | Spam | Move... ▼ |

Previous | Next | Back to Messages                    Save Message Text | Full Headers

| Check Mail | Compose |            | Search Mail ▼ | Search the Web |

Copyright © 1994-2006 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

http://us.f535.mail.yahoo.com/ym/ShowLetter?MsgId=4520_0_56352_1693_2781_0_2742...    1/2/2006

Exhibit G

Yahoo! Mail - r_syed1983@yahoo.com

**Yahoo!** My Yahoo! Mail

## YAHOO! MAIL

Welcome, r_syed1983
[Sign Out, My Account]

Search the Web _____  [Search]

Mail Home - Mail Tutorials - Help

US average credit score is 678. How do you compare? See your score in seconds!

| Excellent | 750 - 850 | | Fair | 620 - 659 | | I Don't Know | ??? |
| Good | 660 - 749 | | Poor | 400 - 619 | | Find out INSTANTL |

| Mail | Addresses ▾ | Calendar ▾ | Notepad ▾ | **What's New - Mail For Mobile - Upgrades - Options** |

[Check Mail]  [Compose]  _____  [Search Mail ▾]  [Search the Web]

Vonage: sign up & get 1 month free!

**Folders** [Add - Edit]

Inbox
Draft
**Sent**
Bulk [Empty]
Trash [Empty]

What's your Credit Score?

Free Daily Horoscopes

Play Games on Yahoo!

Online Degrees! Nursing to MBA

Previous | Next | Back to Messages

[Delete]  [Reply ▾]  [Forward ▾]  [Move... ▾]

This message is not flagged. [ Flag Message - Mark as Unread ]   Printable View

**Date:** Tue, 22 Mar 2005 16:09:55 -0800 (PST)

**From:** "RAFIQ AHMED" <r_syed1983@yahoo.com> 📇 Add to Address Book
📱 Add Mobile Alert

**Subject:** RE: name check problem

**To:** "FBINNCP Email" <FBINNCP@ic.fbi.gov>

Hi. I just recieved email from you. I am just wondering that why they are taking so long because, they have my case since Jan 21 2004 and haven't solved it yet. Please try to solve my name check as soon as possible, I will be very thankfull to you.


Thanks
Rafiq Ahmed.

Alien# A042644873.
Dob 10/39/1983.

***FBINNCP Email <FBINNCP@ic.fbi.gov> wrote:***

> Dear Rafiq Ahmed.:
>
> I am responding to your email dated November 20, 2004, concerning your name check status.
>
> A review of the FBI's Name Check Program database revealed that a request from the U.S. Citizenship and Immigration Services for you was received on January 21, 2004, and is currently in a pending status. You may be assured that the immigration authorities will be notified at the earliest possible date upon completion of your case.
>
> Sincerely yours,
>
> Michael A. Cannon/gmg
> Chief, National Name Check

Program Section
Records Management Division

From: RAFIQ AHMED [mailto:r_syed1983@yahoo.com]
Sent: Sat 11/20/2004 10:38 PM
To: FBINNCP Email
Subject: name check problem

To Whom It May Concern: 11/20/04

My name is Rafiq Ahmed, Alien# A042644873, Date of Birth 10/30/1983. INS had forwarded my case to FBI on September 13, 2004 for Name check. It's been two months and the FBI hasn't approved my case as of yet. I would like to request FBI to speed up process and approved my case as soon as possible so; I can get my green card and pursue my dreams in United States. I applied for my green card in September 2003 and INS already delayed my application, because of this and name checking process I am loosing so many opportunities. The state of New Jersey is not approving my Financial Aid, and my college is charging me International student fees which I can't afford. The biggest problem is this that My work permit will be expired on 20th January 2005, and right now I am working for State of NJ, and they already have warned me that if they don't get my new work permit by January 20,2005, they will terminate me, because I wont have authorization to work in United States. I applied for work Permit on November 05, and now they are saying that it will take 3 months for new work permit, I have called National Visa Center and explained my situation, and have been told that my application for green card is already been processed, and that they are just waiting for FBI to check my name, and once FBI has approved my name check, I can go to my local office and get permanent resident stamp on my passport. I was also told that I can call FBI, explain my situation, and request that my case be approved as quickly as possible. I am sincerely requesting that this process be approved for me, since any further delay will be detrimental to my career goals. Your help in this matter would be gladly and whole heartedly appreciated.

Sincerely,

Rafiq Ahmed

1130 Sun Set Road, Apt 1m

Burlington, NJ, 08016

Alien Number: A042644873

Date of birth: 10/30/1983

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

**Rafiq Ahmed** ☺

Do you Yahoo!?
Yahoo! Small Business - Try our new resources site!

The HTML graphics in this message have been displayed. [Edit Preferences -
What's This?]

| Delete | Reply ▼ | Forward ▼ | Move... ▼ |
|--------|---------|-----------|-----------|

Previous | Next | Back to Messages          Save Message Text | Full Headers

| Check Mail | Compose | | Search Mail ▼ | Search the Web |

Copyright © 1994-2006 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

Yahoo! Mail - r_syed1983@yahoo.com          Page 1 of 2

Case 2:06-cv-00111-DRD-ES   Document 1   Filed 01/04/06   Page 33 of 34 PageID: 33

Exhibit G

Yahoo!  My Yahoo!  Mall                                            Search |
                                                                  the Web        Search |

**YAHOO! MAIL**   Welcome, r_syed1983          Mall Home - Mall Tutorials - Help
                  [Sign Out, My Account]

Charles Schwab - Free       Schwab has a solution for your investing needs. We are determine
Investment Info             help you become a better investor - get started by requesting addit
                            information or open an account today.
                                                              → www.schv

| Mail | Addresses ▾ | Calendar ▾ | Notepad ▾ | **What's New** - **Mail For Mobile** - **Upgrades** - **Options** |

[ Check Mail ]  [ Compose ]                    [ Search Mail ▾ ]  [ Search the Web ]

Vonage: sign up &
get 1 month free!

**Folders**        [Add - Edit]
    Inbox
    Draft
    **Sent**
    Bulk            [Empty]
    Trash           [Empty]

What's your
Credit Score?

Degrees in as
fast as 1 year

$150,000 Mortgage
Under $483/Month!

A MasterCard
in 3 Days*

Previous | Next | Back to Messages

[ Delete ]  [ Reply ▾ ]  [ Forward ▾ ]  [ Move... ▾ ]

This message is not flagged. [ Flag Message - Mark as Unread ]    Printable View

**Date:**    Wed, 4 May 2005 09:39:21 -0700 (PDT)

**From:**    "RAFIQ AHMED" <r_syed1983@yahoo.com>   Add to Address Book
             Add Mobile Alert

**Subject:** name check.

**To:**      FBINNCP@lc.fbi.gov

To Whom It May Concern:
05/04/05

 My name is Rafiq Ahmed, Alien# A042644873, Date of Birth 10/30/1983.
INS had forwarded my case to FBI on Januray 21, 2004 for Name check.
It's been year and a half  and the FBI hasn't approved my case as of yet. I
would like to request FBI to speed up process and approved my case as
soon as possible so; I can get my green card and pursue my dreams in
United States. I applied for my green card in September 2003 and INS
already delayed my application, because of this and name checking process I
am loosing so many opportunities. The state of New Jersey is not
approving my Financial Aid, and my college is charging me International
student fees which I can't afford. I have called National Visa Center and
explained my situation, and have been told that my application for green card
is already been processed, and that they are just waiting for FBI to
check my name, and once FBI has approved my name check, I can go to my
local office and get permanent resident stamp on my passport.  I was also
told that I can call FBI, explain my situation, and request that my
case be approved as quickly as possible.  I am sincerely requesting that
this process be approved for me, since any further delay will be
detrimental to my career goals.  Your help in this matter would be gladly and
whole heartedly appreciated.


Sincerely,
Rafiq Ahmed
1130 Sun Set Road, Apt 1m
Burlington, NJ, 08016
Alien Number: A042644873

Date of birth: 10/30/1983

**Rafiq Ahmed** ☺

---

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

The HTML graphics in this message have been displayed. [Edit Preferences -
What's This?]

| Delete | Reply ▼ | Forward ▼ | Move... ▼ |

Previous | Next | Back to Messages                    Save Message Text | Full Headers

| Check Mail | Compose | | Search Mail ▼ | Search the Web |

Copyright © 1994-2006 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy